### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Abdirahman Abdi Abdullahi,<br><br>          Defendant. | Case No. 24-CR-187 (ECT/DJF)<br><br><br>**ORDER** |

This matter is before the Court on Defendant Abdirahman Abdi Abdullahi's Motion for Disclosure of Scientific Testing (ECF No. 28). In his motion papers, Mr. Abdullahi argued that the Government should be required to disclose the results or reports of any scientific testing done in connection to the case by November 15, 2024. However, at oral argument, Mr. Abdullahi's counsel stated that Mr. Abdullahi would be willing to stipulate to a deadline of 75 days before trial. The Government consented to this deadline but noted that it would move for a change to the deadline should it receive results or reports of scientific testing after that time but before trial. After the Government agreed to that deadline, Mr. Abdullahi's counsel changed his position and stated that he did not believe any deadline based on the number of days before trial would be appropriate.

The Court disagrees with Mr. Abdullahi's counsel and finds 75 days before trial is more than sufficient. *See United States v. Jones*, No. 21-CR-187 (ECT/LIB), 2022 WL 5119065, at *5 (D. Minn. July 5, 2022) (setting deadline of 30 days before trial for disclosure of forensic evidence and expert reports); *United States v. White Horse*, 316 F.3d 769, 773-74 (8th Cir. 2003) (finding defendant was not unfairly prejudiced by disclosure of forensic report more than a month before trial).

**ORDER**

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** the Defendant's Motion for Disclosure of Scientific Testing (ECF No. 28) be **GRANTED IN PART**.  The Government shall disclose the results or reports of any scientific testing conducted related to this case by 75 days before the start of trial.

Dated:  October 28, 2024                    *s/ Dulce J. Foster*
                                            DULCE J. FOSTER
                                            United States Magistrate Judge