# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIRAHMAN ABDI ABDULLAHI,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge<br><br>Case No.: 24-CR-187(1) (ECT/DJF)<br>Date: July 11, 2025<br>Court Reporter: Tim Willette<br>Courthouse: St. Paul<br>Courtroom: 7D<br>Time in Court: 11:04 AM – 11:34 AM<br>Total Time: 30 Minutes |

**APPEARANCES:**

    For Plaintiff:    William Mattessich, Assistant United States Attorney
    For Defendant:    Jordan Kushner, Law Office of Jordan S. Kushner
                        ☐ FPD, ☑ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:    None / English

**PROCEEDINGS:**

☑ Change of Plea Hearing.

☑ PLEA:
    ☑ Guilty as to Count 1 of the Indictment. Straight Plea; no plea agreement.

☑ Presentence Investigation and Report requested.

☑ Remanded to the custody of the U.S. Marshal.

s/ R. Morton<br>Courtroom Deputy