# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| | BEFORE: Hon. Eric C. Tostrud |
| | United States District Judge |
| Plaintiff, | |

| | | |
|---|---|---|
| | Case No.: | 24-CR-187(1) (ECT/DJF) |
| v. | Date: | March 18, 2026 |
| | Court Reporter: | Tim Willette |
| ABDIRAHMAN ABDI ABDULLAHI, | Courthouse: | St. Paul |
| | Courtroom: | 7D |
| | Time in Court: | 10:09 a.m. – 10:33 a.m. |
| Defendant. | Total Time: | 24 Minutes |

**APPEARANCES:**

| | |
|---|---|
| For Plaintiff: | William Mattessich, United States Attorney's Office |
| For Defendant: | Jordan Kushner, Law Office of Jordan Kushner |
| | ☐ FPD, ☑ CJA, ☐ Retained, ☐ Appointed |

Interpreter/Language:     None / English

**IT IS ORDERED:**

☑ The Government's motion for a protective order to prevent the defendant from personally maintaining possession of specific exhibits was argued and granted. These limitations are in addition to the requirements in the Protective Order previously entered in this case. *See* ECF No. 21.

☑ Government's motion to continue sentencing hearing was argued and granted for reasons stated on the record.

☑ Defendant remanded to the U.S. Marshal.

s/ R. Morton
Courtroom Deputy