# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## EVIDENTIARY AND SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIRAHMAN ABDI ABDULLAHI,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Eric C. Tostrud<br>United States District Judge |

| | |
|---|---|
| Case No.: | 24-CR-187(1) (ECT/DJF) |
| Date: | May 8, 2026 |
| Court Reporter: | Tim Willette |
| Courthouse: | St. Paul |
| Courtroom: | 3B/3C |
| Time in Court: | 9:11 a.m. – 10:40 a.m.<br>10:58 a.m. – 1:05 p.m.<br>1:22 p.m. – 1:55 p.m.<br>2:10 p.m. – 3:32 p.m. |
| Total Time: | 5 Hours 31 Minutes |

**APPEARANCES:**

| | |
|---|---|
| For Plaintiff: | William Mattessich, United States Attorney's Office |
| For Defendant: | Jordan Kushner ☐ FPD, ☑ CJA, ☐ Retained, ☐ Appointed |

Interpreter/Language:        None / English

☑ Hearing held on objections to the presentence report.
☑ Evidentiary Hearing.
    ☑ Government Witness:  Detective Heather Chaput, Special Agent Nicole Hajny
☑ Sentencing Hearing.

**IT IS ORDERED:**

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 180 Months | | 3 Years | | |

☑ Special Conditions of:        *See J&C for special conditions.*

☑ Government Exhibits 1, 2 and 3 admitted.
☑ Defendant Exhibit 1 and 2 admitted.
☑ Government's Oral Motion to Seal ECF No. 119 was GRANTED.
☑ Restitution Government's Oral Motion to Seal ECF No. 119 was GRANTED.
☑ Defendant sentenced to pay:
    ☑ Special assessment in the amount of $100.00 for Count 1.
    ☑ Restitution deferred.
☑ Defendant remanded to the U.S. Marshal.

s/ R. Morton
Courtroom Deputy